**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLACKHAWK MINING LLC, *et al.*,[1] | ) | Case No. 19-11595 (LSS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**AGENDA FOR THE FIRST DAY HEARING**
**AND INDEX OF FIRST DAY PLEADINGS[2]**

A. <u>Voluntary Petitions</u>

1. Blackhawk Mining LLC
2. Blackhawk Coal Sales, LLC
3. Blackhawk Land and Resources, LLC
4. Blackhawk River Logistics, LLC
5. Blue Creek Mining, LLC
6. Blue Diamond Mining, LLC
7. Eagle Shield, LLC
8. FCDC Coal, Inc.
9. Guyandotte Mining, LLC
10. Hampden Coal, LLC
11. Kanawha Eagle Mining, LLC
12. Logan & Kanawha, LLC
13. Panther Creek Mining, LLC
14. Pine Branch Land, LLC
15. Pine Branch Mining, LLC
16. Pine Branch Resources, LLC
17. Redhawk Mining, LLC
18. Rockwell Mining, LLC

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Blackhawk Mining LLC (5600); Blackhawk Coal Sales, LLC (9456); Blackhawk Land and Resources, LLC (7839); Blackhawk River Logistics, LLC (3388); Blue Creek Mining, LLC (2427); Blue Diamond Mining, LLC (3488); Eagle Shield, LLC (6721); FCDC Coal, Inc. (6188); Guyandotte Mining, LLC (4882); Hampden Coal, LLC (8241); Kanawha Eagle Mining, LLC (0586); Logan & Kanawha, LLC (3178); Panther Creek Mining, LLC (0627); Pine Branch Land, LLC (9661); Pine Branch Mining, LLC (9681); Pine Branch Resources, LLC (9758); Redhawk Mining, LLC (0852); Rockwell Mining, LLC (3874); Spruce Pine Land Company (2254); Spurlock Mining, LLC (2899); Triad Mining, LLC (7713); and Triad Trucking, LLC (6112). The location of the Debtors' service address in these chapter 11 cases is 3228 Summit Square Place, Suite 180, Lexington, Kentucky 40509.

[2] All motions and other pleadings referenced herein are available online free of charge at the following address: http://cases.primeclerk.com/blackhawkmining.

  19. Spruce Pine Land Company
  20. Spurlock Mining, LLC
  21. Triad Mining, LLC
  22. Triad Trucking, LLC

B. Declaration of Jesse M. Parrish, Chief Financial Officer of Blackhawk Mining LLC, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3 - filed July 19, 2019]

C. <u>First Day Motions</u>:

  23. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2 - filed July 19, 2019]

  24. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 18 - filed July 19, 2019]

    i. Declaration of Marc D. Puntus in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 19 - filed July 19, 2019]

  25. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 13 - filed July 19, 2019]

  26. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 4 - filed July 19, 2019]

  27. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 14 - filed July 19, 2019]

28. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 10 - filed July 19, 2019]

29. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for each Debtor, and (II) Granting Related Relief [Docket No. 6 - filed July 19, 2019]

30. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 5 - filed July 19, 2019]

31. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 7 - filed July 19, 2019]

32. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue their Insurance Policies and Honor all Obligations in Respect Thereof, (B) Renew, Supplement, and Enter into New Insurance Policies, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, (D) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No.8 - filed July 19, 2019]

33. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue their Surety Bond Program and (II) Granting Related Relief [Docket No. 9 - filed July 19, 2019]

34. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 11 - filed July 19, 2019]

35. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Perform Under Existing Coal Sale Contracts in the Ordinary Course of Business, (II) Enter into and Perform Under New Coal Sale Contracts in the Ordinary Course of Business, and (III) Granting Related Relief [Docket No. 12 - filed July 19, 2019]

36. Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving the Solicitation Procedures and Dates, Deadlines, and Notices Related Thereto, (III) Directing that a Meeting of Creditors not be Convened; (IV) Waiving the Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities, and (V) Granting Related Relief [Docket No. 15 - filed July 19, 2019]

D.  <u>Plan-Related Documents</u>:[3]

    37.  Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 16 - filed July 19, 2019

    38.  Disclosure Statement for the Debtors' Joint Prepackages Chapter 11 Plan of Reorganization [Docket No. 17 - filed July 19, 2019]

---

[3] Copies of these documents have been included herein for the convenience of the Court. These matters will not be going forward at the first day hearing.

Dated: July 19, 2019  
      Wilmington, Delaware

/s/ *Christopher M. Samis*  
Christopher M. Samis (DE 4909)  
L. Katherine Good (DE 5101)  
**POTTER ANDERSON CORROON LLP**  
1313 North Market Street, 6th Floor  
P.O. Box 951  
Wilmington, Delaware 19801-6108  
Telephone:  (302) 984-6000  
Facsimile:  (302) 658-1192  
Email:  csamis@potteranderson.com  
      kgood@potteranderson.com

- and -

James H.M. Sprayregen, P.C.  
Ross M. Kwasteniet, P.C. (*pro hac vice* pending)  
Joseph M. Graham (*pro hac vice* pending)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
300 North LaSalle  
Chicago, Illinois 60654  
Telephone:  (312) 862-2000  
Facsimile:  (312) 862-2200  
Email:  james.sprayregen@kirkland.com  
      ross.kwasteniet@kirkland.com  
      joe.graham@kirkland.com

- and -

Stephen E. Hessler, P.C. (*pro hac vice* pending)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:  (212) 446-4800  
Facsimile:  (212) 446-4900  
Email:  stephen.hessler@kirkland.com

*Proposed Counsel to the Debtors and Debtors in Possession*

IMPAC 6245160v.2