## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLACKHAWK MINING LLC, *et al.*,[1] | ) | Case No. 19-11595 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 13, 2019 AT 2:00 P.M. (ET)[2]

I.    **MATTERS FILED UNDER CERTIFICATION:**

1.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 4 - filed July 19, 2019]

Response/Objection Deadline:    August 6, 2019, at 4:00 p.m. (ET)

Responses/Objections Received:    None.

Related Documents:

i.    Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Blackhawk Mining LLC (5600); Blackhawk Coal Sales, LLC (9456); Blackhawk Land and Resources, LLC (7839); Blackhawk River Logistics, LLC (3388); Blue Creek Mining, LLC (2427); Blue Diamond Mining, LLC (3488); Eagle Shield, LLC (6721); FCDC Coal, Inc. (6188); Guyandotte Mining, LLC (4882); Hampden Coal, LLC (8241); Kanawha Eagle Mining, LLC (0586); Logan & Kanawha, LLC (3178); Panther Creek Mining, LLC (0627); Pine Branch Land, LLC (9661); Pine Branch Mining, LLC (9681); Pine Branch Resources, LLC (9758); Redhawk Mining, LLC (0852); Rockwell Mining, LLC (3874); Spruce Pine Land Company (2254); Spurlock Mining, LLC (2899); Triad Mining, LLC (7713); and Triad Trucking, LLC (6112). The location of the Debtors' service address in these chapter 11 cases is 3228 Summit Square Place, Suite 180, Lexington, Kentucky 40509.

[2]    The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the **August 13, 2019** hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with *The Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.* All motions and other pleadings referenced herein are available online free of charge at the following address: https://cases.primeclerk.com/blackhawkmining.

(B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 67 - entered July 22, 2019]

ii.      Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

iii.     Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 147 - filed August 8, 2019]

Status: On August 8, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

2.      Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 5 - filed July 19, 2019]

Response/Objection Deadline:        August 6, 2019, at 4:00 p.m. (ET)

Responses/Objections Received:

A.      Informal comments from Waste Management ("WM")

Related Documents:

i.       Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 74 - entered July 22, 2019]

ii.      Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

iii.     Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance

2

Requests, and (IV) Granting Related Relief [Docket No. 151 - filed August 8, 2019]

<u>Status</u>: On August 8, 2019, the Debtors filed a proposed form of order under certification of counsel resolving the informal comments of WM. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 7 - filed July 19, 2019]

    <u>Response/Objection Deadline</u>:        August 6, 2019, at 4:00 p.m. (ET)

    <u>Responses/Objections Received</u>:    None.

    <u>Related Documents</u>:

    i.   Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 61 - entered July 22, 2019]

    ii.  Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

    iii. Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No.146 - filed August 8, 2019]

    <u>Status</u>: On August 8, 2019, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

4.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue their Insurance Policies and Honor all Obligations in Respect Thereof, (B) Renew, Supplement, and Enter into New Insurance Policies, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, (D) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 8 - filed July 19, 2019]

    <u>Response/Objection Deadline</u>:        August 6, 2019, at 4:00 p.m. (ET)

    <u>Responses/Objections Received</u>:

A.    Informal comments from Chubb Insurance Company ("<u>Chubb</u>")

<u>Related Documents</u>:

i.    Interim Order Authorizing the Debtors to (A) Continue their Insurance Policies and Honor all Obligations in Respect Thereof, (B) Renew, Supplement, and Enter into New Insurance Policies, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, (D) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 62 - entered July 22, 2019]

ii.    Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

iii.    Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue their Insurance Policies and Honor all Obligations in Respect Thereof, (B) Renew, Supplement, and Enter into New Insurance Policies, (C) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, (D) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 149 - filed August 8, 2019]

<u>Status</u>: On August 8, 2019, the Debtors filed a proposed form of order under certification of counsel resolving the informal comments of Chubb. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

5.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue their Surety Bond Program and (II) Granting Related Relief [Docket No. 9 - filed July 19, 2019]

<u>Response/Objection Deadline</u>:        August 6, 2019, at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>:        None.

<u>Related Documents</u>:

i.    Interim Order (I) Authorizing the Debtors to Continue their Surety Bond Program and (II) Granting Related Relief [Docket No. 63 - entered July 22, 2019]

ii.    Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

4

iii.     Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue their Surety Bond Program and (II) Granting Related Relief [Docket No. 145 - filed August 8, 2019]

<u>Status</u>: On August 8, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

6.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 11 - filed July 19, 2019]

<u>Response/Objection Deadline</u>:          August 6, 2019, at 4:00 p.m. (ET)

<u>Responses/Objections Received</u>:     None.

<u>Related Documents</u>:

i.     Interim Order  (I) Authorizing the Debtors to Maintain and Administer their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 64 - entered July 22, 2019]

ii.     Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

iii.     Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 143 - filed August 8, 2019]

<u>Status</u>: On August 8, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

7.     Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Perform Under Existing Coal Sale Contracts in the Ordinary Course of Business, (II) Enter into and Perform Under New Coal Sale Contracts in the Ordinary Course of Business, and (III) Granting Related Relief [Docket No. 12 - entered July 19, 2019]

<u>Response/Objection Deadline</u>:          August 6, 2019, at 4:00 p.m. (ET)

Responses/Objections Received:        None.

Related Documents:

i.      Interim Order Authorizing the Debtors to (I) Perform Under Existing Coal Sale Contracts in the Ordinary Course of Business, (II) Enter into and Perform Under New Coal Sale Contracts in the Ordinary Course of Business, and (III) Granting Related Relief [Docket No. 65 - entered July 22, 2019]

ii.     Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

iii.    Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Perform Under Existing Coal Sale Contracts in the Ordinary Course of Business, (II) Enter into and Perform Under New Coal Sale Contracts in the Ordinary Course of Business, and (III) Granting Related Relief [Docket No. 142 - filed August 8, 2019]

Status: On August 8, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

8.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 13 - filed July 19, 2019]

Response/Objection Deadline:        August 6, 2019, at 4:00 p.m. (ET)

Responses/Objections Received:        None.

Related Documents:

i.      Interim Order (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 58 – entered July 22, 2019]

ii.     Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

iii.    Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate their Cash Management System, (B) Maintain Existing Business Forms,

6

and (C) Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 139 - filed August 8, 2019]

Status: On August 8, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

9.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief  [Docket No. 14 - filed July 19, 2019]

Response/Objection Deadline:          August 6, 2019, at 4:00 p.m. (ET).

Responses/Objections Received:        None.

Related Documents:

i.      Interim Order (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief  [Docket No. 66 - entered July 22, 2019]

ii.     Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

iii.    Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief  [Docket No. 141 - filed August 8, 2019]

Status: On August 8, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

10.     Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 84 – filed July 23, 2019]

Response/Objection Deadline:          August 6, 2019, at 4:00 p.m. (ET).

Responses/Objections Received:        None.

7

Related Documents:

i.      Certificate of No Objection Regarding Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 144 – filed August 8, 2019]

Status: On August 8, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

11.     Debtors' Motion for Entry of an Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of Kevin Nystrom as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date, and (III) Granting Related Relief [Docket No. 85 – filed July 23, 2019]

Response/Objection Deadline:      August 6, 2019, at 4:00 p.m. (ET); extended until August 8, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

Responses/Objections Received:

A.      Informal comments from the U.S. Trustee.

Related Documents:

i.      Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing the (I) Retention of AP Services, LLC, (II) Designation of Kevin Nystrom as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date, and (III) Granting Related Relief [Docket No. 140 – filed August 8, 2019]

Status: On August 8, 2019, the Debtors filed a proposed form of order under certification of counsel resolving the informal comments of the U.S. Trustee.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

12.     Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of KPMG LLP to Provide Tax Consulting Services and Tax Compliance Services *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [Docket No. 87 – filed July 23, 2019]

Response/Objection Deadline:      August 6, 2019, at 4:00 p.m. (ET); extended until August 8, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee.

Related Documents:

i.    Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of KPMG LLP to Provide Tax Consulting Services and Tax Compliance Services *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [Docket No. 150 – filed August 8, 2019]

Status: On August 8, 2019, the Debtors filed a proposed form of order under certification of counsel resolving the informal comments of the U.S. Trustee.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

13.    Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Centerview Partners LLC as Financial Advisor and Investment Banker for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Docket No. 88 – filed July 23, 2019]

| Response/Objection Deadline: | August 6, 2019, at 4:00 p.m. (ET); extended until August 8, 2019 at 4:00 p.m. (ET) for the U.S. Trustee. |
|---|---|

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee.

Related Documents:

i.    Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Centerview Partners LLC as Financial Advisor and Investment Banker for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Docket No. 148 – filed August 8, 2019]

Status: On August 8, 2019, the Debtors filed a proposed form of order under certification of counsel resolving the informal comments of the U.S. Trustee.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

IMPAC 6320700v.4

## II.    MATTERS GOING FORWARD:

14.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 18 - filed July 19, 2019]

Response/Objection Deadline:    August 6, 2019, at 4:00 p.m. (ET); extended until August 8, 2019 at 4:00 p.m. (ET) for National Resource Partners LLP, ACIN LLC, and WPP LLC, Kentucky River Properties LLC and Timberlands LLC, and Certain Land Owners

Responses/Objections Received:

A.    Informal comments from Chubb.

B.    Informal comments from Mitsubishi UFJ Lease & Finance (U.S.A.) Inc. ("Mitsubishi")

C.    Limited Objection of Natural Resource Partners, L.P. ACIN LLC, and WPP LLC to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 153 - filed August 8, 2019]

D.    Limited Objection of Kentucky River Properties LLC and Timberlands, LLC to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 154 - filed August 8, 2019]

E.    Objection of Certain Land Owners to Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Post-Petition Financing, (B) Authorizing the Use of Cash Collateral, (C) Granting Liens and Superpriority Claims, (D) Granting Adequare Protection, (E) Modifying the Automatic Stay, (F) Scheduling a Final

10

Hearing, and (G) Granting Related Relief [Docket No. 156 – filed August 8, 2019]

Related Documents:

i.      Declaration of Marc D. Puntus in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 91 - filed July 19, 2019]

ii.     Certification of Counsel Re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 78 – filed July 23, 2019]

iii.    Certification of Counsel Re: Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 80 – filed July 23, 2019]

iv.     Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 81 – entered July 23, 2019]

v.      Omnibus Notice of Second Day Hearing to be Held on August 13, 2019 at 2:00 p.m. [Docket No. 82 – filed July 23, 2019]

Status: The Debtors have resolved the informal comments of Chubb and Mitsubishi and are working to resolve the objections listed at A – C herein.  The hearing on this matter is going forward.

15.     Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 86 – filed July 23, 2019]

Response/Objection Deadline: August 6, 2019, at 4:00 p.m. (ET); extended until August 8, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses/Objections Received:

A. Informal comments from the U.S. Trustee.

Related Documents:

Status: The Debtors are working to resolve the informal comments from the U.S. Trustee.  The hearing on this matter is going forward.

16. Debtors' Motion for Entry of an Order (I) Authorizing Centerview Partners LLC to File Under Seal Certain Confidential Information Related to Centerview Partners LLC's Retention Application and (II) Granting Related Relief [Docket No. 89 – filed July 23, 2019]

Response/Objection Deadline: August 6, 2019, at 4:00 p.m. (ET)

Responses/Objections Received:

A. United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Authorizing Centerview Partners LLC to File Under Seal Certain Confidential Information Related to Centerview Partners LLC's Retention Application and (II) Granting Related Relief [Docket No. 131 – filed August 6, 2019]

B. Debtors' Reply in Support of their Motion for Entry of an Order Authorizing Centerview Partners LLC to File Under Seal Certain Confidential Information Related to Centerview Partners LLC's Retention Application [Docket No. 155 - filed August 8, 2019]

Related Documents:

i. [SEALED] Declaration of Marc D. Puntus in Support of Debtors' Motion for Entry of an Order Authorizing Certain Confidential Information Related to Centerview's Retention Application to be Filed Under Seal [Docket No. 90 – filed July 23, 2019]

ii. [REDACTED] Declaration of Marc D. Puntus in Support of Debtors' Motion for Entry of an Order Authorizing Certain Confidential Information Related to Centerview's Retention Application to be Filed Under Seal [Docket No. 91 – filed July 23, 2019]

Status: The hearing on this matter is going forward.

17.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Potter Anderson & Corroon LLP as Delaware Counsel to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 92 – filed July 23, 2019]

Response/Objection Deadline:    August 6, 2019, at 4:00 p.m. (ET); extended until August 8, 2019 at 4:00 p.m. (ET) for the U.S. Trustee.

Responses/Objections Received:

A.    Informal comments from the U.S. Trustee.

Related Documents:

Status: The Debtors are working to resolve the informal comments from the U.S. Trustee.  The hearing on this matter is going forward.

18.    Debtors' Motion for Entry of an Order (A) Authorizing Debtors to Enter into the Exit ABL Commitment Letter (B) Approving the Break-up Fee, and (C) Granting Related Relief [Docket No. 132 – filed August 6, 2019]

Response/Objection Deadline:    August 13, 2019 at 2:00 p.m. (ET)

Responses/Objections Received:

Related Documents:

i.    Order Granting Motion of Debtors for Entry of an Order Shortening the Notice Periods with Respect to the Debtors' Motion for Entry of an Order (A) Authorizing Debtors to Enter into the Exit ABL Commitment Letter (B) Approving the Break-up Fee, and (C) Granting Related Relief [Docket No. 134 – entered August 7, 2019]

ii.    Notice of Hearing Regarding Debtors' Motion for Entry of an Order (A) Authorizing Debtors to Enter into the Exit ABL Commitment Letter (B) Approving the Break-up Fee, and (C) Granting Related Relief [Docket No. 135 – filed August 7, 2019]

Status: The hearing on this matter is going forward.

13

Dated:  August 9, 2019
      Wilmington, Delaware

*/s/ L. Katherine Good*

Christopher M. Samis (DE 4909)

L. Katherine Good (DE 5101)

**POTTER ANDERSON & CORROON LLP**

1313 North Market Street, 6th Floor

P.O. Box 951

Wilmington, Delaware 19801-6108

Telephone:    (302) 984-6000

Facsimile:    (302) 658-1192

Email:        csamis@potteranderson.com

              kgood@potteranderson.com

- and -

James H.M. Sprayregen, P.C.

Ross M. Kwasteniet, P.C. (*pro hac vice* pending)

Joseph M. Graham (*pro hac vice* pending)

**KIRKLAND & ELLIS LLP**

**KIRKLAND & ELLIS INTERNATIONAL LLP**

300 North LaSalle

Chicago, Illinois 60654

Telephone:    (312) 862-2000

Facsimile:    (312) 862-2200

Email:        james.sprayregen@kirkland.com

              ross.kwasteniet@kirkland.com

              joe.graham@kirkland.com

- and -

Stephen E. Hessler, P.C. (*pro hac vice* pending)

**KIRKLAND & ELLIS LLP**

**KIRKLAND & ELLIS INTERNATIONAL LLP**

601 Lexington Avenue

New York, New York 10022

Telephone:    (212) 446-4800

Facsimile:    (212) 446-4900

Email:        stephen.hessler@kirkland.com

*Proposed Counsel to the Debtors and Debtors in Possession*