# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Avadel Specialty Pharmaceuticals, LLC,[1] | Case No. 19-10248 (CSS) |
| Debtor. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 23, 2019 AT 11:00 A.M.
Location: Before the Honorable Christopher S. Sontchi, 5th Floor, Courtroom No. 6

**STATUS CONFERENCE GOING FORWARD:**

1. Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 204, Filed June 10, 2019]

    Response Deadline: June 25, 2019 at 4:00 p.m. (extended for the U.S. Trustee)

    Response(s) Received:

    A. United States Trustee's Objection to Debtor's Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Liquidation, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Final Approval of the Disclosure Statement and Confirmation of the Plan and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 227, Filed July 16, 2019]

    Related Documents:

    A. Debtor's Proposed Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 203, Filed June 10, 2019]

---

[1] The business address and the last four (4) digits of the Debtor's federal tax identification number is Avadel Specialty Pharmaceuticals, LLC, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005 (8959).

Status: This matter is going forward as a status conference.

Dated: July 19, 2019                               GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

  -and-

Paul J. Keenan Jr. (admitted pro hac vice)
John R. Dodd (admitted pro hac vice)
Reginald Sainvil (admitted pro hac vice)
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: keenanp@gtlaw.com
      doddj@gtlaw.com
      sainvilr@gtlaw.com

-and-

Sara A. Hoffman (admitted pro hac vice)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email:  hoffmans@gtlaw.com

Counsel for the Debtor
and Debtor-in-Possession