# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BLACKHAWK MINING LLC, *et al.*,[1] | ) ) ) | Case No. 19-11595 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 23, 2019 AT 9:45 A.M. (ET)[2]

**I.    MATTER GOING FORWARD:**

1. Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into a New Premium Financing Agreement with First Insurance Funding, and (II) Granting Related Relief [Docket No. 261 – filed September 17, 2019]

   Response/Objection Deadline:    September 23, 2019 at 9:45 a.m. (ET) (At the hearing)

   Responses/Objections Received:    None to date.

   Related Documents:

   i. Order Shortening the Notice Periods with Respect to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into a New Premium Financing Agreement with First Insurance Funding, and (II) Granting Related Relief [Docket No. 263 – entered September 18, 2019]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Blackhawk Mining LLC (5600); Blackhawk Coal Sales, LLC (9456); Blackhawk Land and Resources, LLC (7839); Blackhawk River Logistics, LLC (3388); Blue Creek Mining, LLC (2427); Blue Diamond Mining, LLC (3488); Eagle Shield, LLC (6721); FCDC Coal, Inc. (6188); Guyandotte Mining, LLC (4882); Hampden Coal, LLC (8241); Kanawha Eagle Mining, LLC (0586); Logan & Kanawha, LLC (3178); Panther Creek Mining, LLC (0627); Pine Branch Land, LLC (9661); Pine Branch Mining, LLC (9681); Pine Branch Resources, LLC (9758); Redhawk Mining, LLC (0852); Rockwell Mining, LLC (3874); Spruce Pine Land Company (2254); Spurlock Mining, LLC (2899); Triad Mining, LLC (7713); and Triad Trucking, LLC (6112). The location of the Debtors' service address in these chapter 11 cases is 3228 Summit Square Place, Suite 180, Lexington, Kentucky 40509.

[2]    The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the **September 23, 2019** hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with *The Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*. All motions and other pleadings referenced herein are available online free of charge at the following address: https://cases.primeclerk.com/blackhawkmining.

IMPAC 6410631v.1

  ii. Notice of Hearing Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into a New Premium Financing Agreement with First Insurance Funding, and (II) Granting Related Relief [Docket No. 264 – filed September 18, 2019]

 Status: The hearing on this matter is going forward.

| | |
|---|---|
| Dated: September 18, 2019<br>Wilmington, Delaware | /s/ *L. Katherine Good*<br>Christopher M. Samis (DE 4909)<br>L. Katherine Good (DE 5101)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19801-6108<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: csamis@potteranderson.com<br>   kgood@potteranderson.com |

- and -

James H.M. Sprayregen, P.C.
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
   ross.kwasteniet@kirkland.com
   joe.graham@kirkland.com

- and -

Stephen E. Hessler, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: stephen.hessler@kirkland.com

*Counsel to the Debtors and Debtors in Possession*