# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re Blackhawk Mining Company, LLC, et al.

Case No. 19-11595 (LSS)
Reporting Period: Aug 1 – Aug 31, 2019

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | Attestation |
| Schedule of Professional Fees Paid | MOR-1b | X | |
| Copies of bank statements | | | Attestation |
| Cash disbursements journals | | | Attestation |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | | Attestation |
| Copies of IRS Form 6123 or payment receipt | | | Attestation |
| Copies of tax returns filed during reporting period | | | Attestation |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of aged accounts payable | MOR-4 | | MOR Notes |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor    Jesse Parrish, CFO

Date    9/19/19

Signature of Joint Debtor

Date

Signature of Authorized Individual*

Date

Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re <u>Blackhawk Mining Company, LLC, et al.</u>      Case No. <u>19-11595 (LSS)</u>
          Debtor                                            Reporting Period: <u>Aug 1 – Aug 31, 2019</u>

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filled. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | FROM AUGUST 1 – AUGUST 31, 2019 | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| *Dollars in thousands* | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BALANCE AS OF AUGUST 1ST, 2019** | 4,116.6 | - | - | - | 4,116.6 | - | (8,254.2) | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | - | - | - | - | - | - | - | |
| ACCOUNTS RECEIVABLE | 104,053.2 | - | - | - | 104,053.2 | - | 123,914.5 | |
| LOANS AND ADVANCES | (12,066.5) | - | - | 14,850.0 | 2,783.5 | - | 2,783.5 | |
| TRANSFERS (FROM DIP ACCTS) | 14,850.0 | - | - | (14,850.0) | - | - | 34,650.0 | |
| PRE-PETITION DEBT ROLL OVER | - | - | - | - | - | - | 100,000.0 | |
| **TOTAL RECEIPTS** | 106,836.6 | - | - | - | 106,836.6 | - | 261,348.0 | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | - | 22,696.8 | - | - | 22,696.8 | - | 22,696.8 | |
| SALES, USE, & OTHER TAXES | 1,611.1 | - | - | - | 1,611.1 | - | 6,001.0 | |
| INSURANCE | 645.5 | - | - | - | 645.5 | - | 645.5 | |
| ADMINISTRATIVE | 3,582.0 | - | - | - | 3,582.0 | - | 5,756.9 | |
| OTHER (ATTACH LIST) | 78,100.5 | - | - | - | 78,100.5 | - | 107,440.2 | |
| TRANSFERS (TO DIP ACCTS) | 22,696.8 | (22,696.8) | - | - | - | - | 6,235.8 | |
| PROFESSIONAL FEES | - | - | - | - | - | - | - | |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - | - | - | |
| PRE-PETITION DEBT ROLL OVER | - | - | - | - | - | - | 100,000.0 | |
| **TOTAL DISBURSEMENTS** | 106,635.8 | - | - | - | 106,635.8 | - | 248,776.4 | |
| | | | | | | | | |
| NET CASH FLOW | 200.8 | - | - | - | 200.8 | - | 12,571.6 | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 4,317.4 | - | - | - | 4,317.4 | - | 4,317.4 | |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 106,635.8 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 106,635.8 |

In re Blackhawk Mining Company, LLC, et al.  
       Debtor

Case No. 19-11595 (LSS)  
Reporting Period: Aug 1 – Aug 31, 2019

### BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| Legal Entity | Bank Name | Last 4 Digits of Account # | Balance as of 08/31/19 (Dollars in thousands) |
|---|---|---|---|
| Blackhawk Mining, LLC | 1st Trust Bank Inc. | 6004 | $0.0 |
| Blackhawk Mining, LLC | 1st Trust Bank Inc. | 4827 | 0.0 |
| Blackhawk Mining, LLC | 1st Trust Bank Inc. | 0308 | (223.3) |
| Blackhawk Mining, LLC | 1st Trust Bank Inc. | 7772 | (736.6) |
| Blackhawk Mining, LLC | 1st Trust Bank Inc. | 9009 | 5,277.3 |
| Blackhawk Mining, LLC | 1st Trust Bank Inc. | 8894 | 0.0 |
| **Total** | | | **$4,317.4** |

The Debtors affirm that bank statement for all open and active bank accounts are retained by the Debtors.  The above lists the Debtors' bank accounts and bank balances as of August 31, 2019.   The Debtors perform monthly reconciliations of their bank accounts.  The Debtors affirm that these bank account reconciliations were prepared as of September 17th, 2019.

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Case-to-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| None. | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

                                          **Total**              $    -    $    -    $    -    $    -

In re Blackhawk Mining Company, LLC, et al.  
         Debtor

Case No. 19-11595 (LSS)  
Reporting Period: Aug 1 – Aug 31, 2019

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | From August 1 to August 31, 2019 | Cumulative filing to date |
|---|---|---|
| | (Dollars in thousands) | |
| **Revenues** | | |
| Sales | $ 85,788.7 | $ 139,029.7 |
| Other revenues | 82.2 | 228.3 |
| Total revenues | 85,871.0 | 139,258.0 |
| **Costs and expenses** | | |
| Operating costs and expenses | 72,009.8 | 104,559.7 |
| Depreciation, depletion and amortization | 17,143.8 | 22,759.7 |
| Asset retirement obligations | 850.9 | 1,150.8 |
| Selling and administrative expenses | 4,907.9 | 5,937.6 |
| Other operating income: | | |
| Net gain on disposal or exchange of assets | 0.0 | 0.0 |
| Asset impairment | 0.0 | 0.0 |
| Income from equity affiliates | 0.0 | 0.0 |
| **Operating profit** | $ (9,041.5) | $ 4,850.2 |
| Interest expense | 13,502.4 | 18,228.9 |
| Other expense / (income) | 2,477.6 | 9,235.7 |
| **Net income** | $ (25,021.5) | $ (22,614.3) |

- Note: Please see attached consolidated Statement of Operations by entity

## STATEMENT OF OPERATIONS – continuation table

| BREAKDOWN OF "OTHER" CATEGORY | From August 1 – August 31, 2019 | Cumulative Filing to Date |
|---|---|---|
| **Other Expense / (Income)** | | |
| Non-EBITDA Portion of Inventory Adjustment | (1,361.5) | 2,396.6 |
| Loan Disposal of Equipment | 2,065.0 | 2,065.0 |
| Loan Fees | 1,774.1 | 1,774.1 |
| Legal Fees | 0.0 | 3,000.0 |
| **Total – Other Expense / (Income)** | **$2,477.6** | **$9,235.7** |

In re Blackhawk Mining Company, LLC, et al.        Case No. 19-11595 (LSS)
      Debtor                               Reporting Period: August 1 – August 31, 2019

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| | Book Value as of August 30, 2019 | Book Value as of July 31, 2019 |
|---|---|---|
| | (Dollars in thousands) | |
| **ASSETS** | | |
| Current assets | | |
| Cash and cash equivalents | $ 4,317.4 | $ 4,116.6 |
| Accounts receivable and other | 251,592.0 | 227,818.6 |
| Inventories | 56,564.4 | 49,283.6 |
| Prepaid expenses and other current assets | 6,915.5 | 7,915.3 |
| Total current assets | 319,389.3 | 289,134.0 |
| Property, plant, equipment and mine development | | |
| Land and coal interests | 328,646.1 | 327,809.4 |
| Buildings and improvements | 1,790.6 | 1,790.6 |
| Machinery and equipment | 878,370.9 | 878,319.0 |
| Less accumulated depreciation, depletion and amortization | (661,624.3) | (651,545.3) |
| Property, plant, equipment and mine development, net | 547,183.2 | 556,373.6 |
| Prepaid royalties | 18,211.8 | 18,731.0 |
| Other assets | 76,893.6 | 76,292.9 |
| Total assets | $ 961,677.9 | $ 940,531.6 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | | |
| Liabilities and subject to compromise | | |
| Current liabilities | | |
| Accounts payable and accrued expenses | $ 425,058.4 | $ 390,085.4 |
| Reclamation liabilities, current | 4,015.0 | 4,015.0 |
| Short-term debt | 152,277.3 | 158,249.3 |
| Total current liabilities | 581,350.7 | 552,349.7 |
| Long term liabilities | | |
| Long-term debt | 941,567.8 | 925,477.0 |
| Reclamation liabilities | 137,864.5 | 137,013.6 |
| Accrued severance tax | 11,385.9 | 11,385.9 |
| Total long-term liabilities | 1,090,818.3 | 1,073,876.6 |
| Total liabilities | 1,672,168.9 | 1,626,226.3 |
| Stockholders' equity (deficit) | | |
| Equity (deficit) | (549,530.5) | (549,530.5) |
| Contribution distribution to subsidiaries | 4,458.2 | 4,458.2 |
| Current earnings (loss) | (165,418.8) | (140,622.5) |
| Retained earnings (accumulated deficit) | (710,491.0) | (685,694.7) |
| Total stockholders' equity (deficit | (710,491.0) | (685,694.7) |
| Total liabilities and stockholders' equity (deficit) | $ 961,677.9 | $ 940,531.6 |

- Note: Please see attached consolidated Balance Sheet by entity

## BALANCE SHEET – continuation table

| ASSETS Prepaid expenses and other current assets | Book Value as of August 31, 2019 | Book Value as of July 31, 2019 |
|---|---|---|
| Prepaid Insurance | 5,236.0 | 6,000.0 |
| Prepaid Bonds | 1,329.0 | 1,400.0 |
| Miscellaneous and Other Prepaids | 350.5 | 515.3 |
| Prepaid Professional Fees | 0.0 | 0.0 |
| **Total Prepaid Expense and Other Current Assets** | **$ 6,915.5** | **$ 7,915.3** |
| **Other Assets** | | |
| Deposits in Workers Compensation | 19,086.9 | 17,000.0 |
| Restricted Cash | 33,300.2 | 33,300.0 |
| Parts & Component Inventory | 21,189.9 | 24,000.0 |
| Other Miscellaneous | 3,316.6 | 1,992.9 |
| **Total Other Assets** | **$ 76,893.6** | **$ 76,292.9** |

In re Blackhawk Mining Company, LLC, et al.
       Debtor

Case No. 19-11595 (LSS)
Reporting Period: Aug 1 – Aug 31, 2019

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

Will Harward hereby declares and states:

I am the Treasurer of Blackhawk Mining Company, LLC, which along with certain of its affiliates, are debtors and debtors in possession in the above-referenced chapter 11 cases. In my capacity as Treasurer, I am familiar with the debtors day-to-day operations, businesses, financial affairs, and books and records.

The debtors have paid the applicable taxes when due in the ordinary course of business.

To the best of my knowledge, the debtors have filed all necessary federal, state and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversight.

Signature: _____

Name: Will Harward
Title: Treasurer

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable (Available upon request)

| Dollars in thousands | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| **Number of Days Past Due** | | | | | | |
| Accounts Payable | $ 50,502.3 | | | | | |
| Wages Payable | 7,399.0 | | | | | |
| Taxes Payable | 2,255.1 | | | | | |
| Rent/Leases-Building | - | | | | | |
| Rent/Leases-Equipment | - | | | | | |
| Secured Debt/Adequate Protection Payments | - | | | | | |
| Professional Fees | - | | | | | |
| Amounts Due to Insiders* | - | | | | | |
| Other:_____ | - | | | | | |
| Other:_____ | - | | | | | |
| **Total Postpetition Debts** | **$60,156.4** | | | | | |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

- Note: A/P on the schedule only reflects post-petition transactions; the difference in month-end balance is reflective of prepetition outstanding amounts

In re <u>Blackhawk Mining Company, LLC, et al.</u>
     Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | As of August 31th, 2019 | As of July 31st, 2019 |
|---|---|---|
| Total Accounts Receivable as of August 31th, 2019 | 90,841.4 | 49,111.2 |
| + Amounts billed during the period | 93,297.3 | 60,814.9 |
| - Amounts collected during the period | (101,762.4) | (19,084.6) |
| Total Accounts Receivable at the end of the reporting period | 82,376.3 | 90,841.4 |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | 65,357.2 | 55,382.1 |
| 31 - 60 days old | 16,779.5 | 0.0 |
| 61 - 90 days old | 2.3 | 0.0 |
| 91+ days old | 237.3 | 0.0 |
| Total Accounts Receivable | 82,376.3 | 55,382.1 |
| Amount considered uncollectible (Bad Debt) | 0.0 | 0.0 |
| Accounts Receivable (Net) | 82,376.3 | 55,382.1 |

- Note 1: Amounts billed are not equal to August revenue, due to provisional pricing settlements and quality adjustments.
- Note 2: Difference between amount billed and current balance is amount collected in the period.
- Note 3: Difference between AR cash collections of $101.7m and receipts in receipts and disbursements of $104.0m is related to the Condor business – where revenue is recognized net rather than gross.

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Blackhawk Mining, LLC
**Supplemental Schedule of Disbursements**

| Debtor Name | Case Number | Disbursements August 1st to 31st | Cumulative Disbursements |
|---|---|---:|---:|
| Blackhawk Mining, LLC | 19-11595 | $            15,762,837.4 | $       121,356,602.7 |
| Blackhawk River Logistics, LLC | 19-11599 | 6,193,568.8 | 7,125,271.9 |
| Blue Creek Mining, LLC | 19-11600 | 6,832,999.9 | 9,096,457.4 |
| Blue Diamond Mining, LLC | 19-11602 | 7,555,659.3 | 9,490,454.0 |
| Eagle Shield, LLC | 19-11604 | - | 677.6 |
| Hampden Coal, LLC | 19-11610 | 9,890,299.8 | 14,194,836.8 |
| Kanawha Eagle Mining, LLC | 19-11612 | 9,905,841.0 | 13,607,685.4 |
| Panther Creek Mining, LLC | 19-11598 | 22,774,710.8 | 33,875,765.1 |
| Pine Branch Mining, LLC | 19-11603 | 6,495,189.3 | 9,531,160.6 |
| Rockwell Mining, LLC | 19-11609 | 14,321,812.7 | 21,503,377.6 |
| Spurlock Mining, LLC | 19-11613 | 4,500,662.5 | 6,410,778.8 |
| Triad Mining, LLC | 19-11614 | 387,533.8 | 520,300.2 |
| Non-debtors* | | 2,014,707.1 | 2,063,006.6 |
| **Total** | | $          106,635,822.2 | $       248,776,374.6 |

*Note: $2,014,707 are related to non-debtor entities

**Blackhawk Mining, LLC**
**Consolidating Statement of Operations (August 1 - August 31, 2019)**
Dollars in thousands

| Subsidiary | Spurlock Mining, LLC | Pine Branch Mining, LLC | Blue Diamond Mining, LLC | Triad Mining, LLC | Hampden Coal, LLC | Blackhawk Mining, LLC | Eagle Shield, LLC | Rockwell Mining, LLC | Panther Creek Mining, LLC | Blue Creek Mining, LLC | Kanawha Eagle Mining, LLC | Blackhawk River Logistics, LLC | Elimination Company | Consolidating Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 19-11613 | 19-11603 | 19-11602 | 19-11614 | 19-11610 | 19-11595 | 19-11604 | 19-11609 | 19-11598 | 19-11600 | 19-11612 | 19-11599 | | |
| **Revenues** | | | | | | | | | | | | | | |
| Sales | $ 5,118.2 | $ 7,100.9 | $ 7,774.3 | $ - | $ 8,185.4 | $ (17.1) | $ - | $ 23,053.4 | $ 25,210.2 | $ 5,861.4 | $ 12,415.5 | $ 8,284.6 | $ (17,198.0) | $ 85,788.7 |
| Other revenues | (1.0) | 24.8 | 0.0 | 0.0 | (19.1) | 0.0 | 0.0 | 74.0 | 15.9 | 2.1 | 12.7 | 0.0 | (28.1) | 82.2 |
| Total revenues | 5,118.2 | 7,125.6 | 7,774.3 | 0.0 | 8,166.3 | (17.1) | 0.0 | 23,127.4 | 25,226.1 | 5,863.4 | 12,428.2 | 8,284.6 | (17,226.0) | 85,871.0 |
| **Costs and expenses** | | | | | | | | | | | | | | |
| Operating costs and expenses | 4,237.9 | 6,620.5 | 6,709.0 | 3.2 | 9,665.3 | 3,074.0 | 0.0 | 15,933.0 | 22,742.1 | 5,441.9 | 9,017.7 | 5,061.0 | (16,495.7) | 72,009.8 |
| Depreciation, depletion and amortization | 835.0 | 1,135.7 | 664.2 | 6.1 | 1,114.6 | 2,479.1 | 0.0 | 2,306.3 | 6,468.1 | 800.0 | 1,332.8 | 2.0 | 0.0 | 17,143.8 |
| Asset retirement obligations | 51.4 | 171.5 | 112.9 | 56.9 | 64.5 | 0.0 | 0.0 | 267.3 | 69.7 | 18.0 | 36.8 | 1.9 | 0.0 | 850.9 |
| Selling and administrative expenses | 72.9 | 316.5 | 125.8 | (39.9) | 237.7 | (2,520.4) | 0.0 | 362.1 | 518.9 | 119.4 | 227.7 | 372.9 | 5,214.5 | 4,907.9 |
| Other operating income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net gain on disposal or exchange of assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Asset impairment | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income from equity affiliates | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Operating profit | (79.0) | (1,118.6) | 162.5 | (26.3) | (2,915.7) | (2,949.7) | 0.0 | 4,258.7 | (4,572.8) | (515.9) | 1,813.3 | 2,846.7 | (5,944.8) | (9,041.5) |
| Interest expense | 1.2 | 2.1 | 15.2 | 0.0 | 0.0 | 13,466.1 | 0.0 | 102.2 | 0.0 | 0.0 | 0.0 | 7.7 | 0.0 | 13,502.4 |
| Other expense / (income) | 31.0 | 236.5 | 268.0 | 8.5 | 298.0 | 95.5 | 0.0 | 516.6 | 649.7 | 191.5 | 1,429.0 | (1,090.4) | (152.2) | 2,477.6 |
| Net income | $ (111.2) | $ (1,357.1) | $ (120.7) | $ (34.8) | $ (3,213.7) | $ (16,511.3) | $ - | $ 3,728.9 | $ (5,222.5) | $ (707.3) | $ 384.3 | $ 3,929.4 | $ (5,785.6) | $ (25,021.5) |

**Blackhawk Mining, LLC**
**Consolidating Balance Sheet as of June 30th, 2019**
Dollars in thousands

| Subsidiary | Spurlock Mining LLC | Five Branch Mining LLC | Blue Diamond Mining LLC | Triad Mining LLC | Hampden Coal LLC | Blackhawk Mining LLC | Eagle Shield LLC | Rockwell Mining LLC | Panther Creek Mining LLC | Blue Creek Mining LLC | Kanawha Eagle Mining LLC | Blackhawk River Logistics LLC | Goyelsville Mining LLC | Logan & Kanawha LLC | Elimination Company | Consolidating Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number | 19-11613 | 19-11603 | 19-11602 | 19-11614 | 19-11610 | 19-11595 | 19-11604 | 19-11609 | 19-11598 | 19-11600 | 19-11612 | 19-11599 | 19-11608 | 19-11596 | | |
| **ASSETS** | | | | | | | | | | | | | | | | |
| **Current assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | 60,667.6 | 79,410.2 | 124,396.7 | 12,066.6 | 102,172.0 | 4,317.4 | 737.8 | 175,023.3 | 203,503.2 | (829.2) | 50,607.8 | (112,058.3) | 13,449.1 | 176,951.7 | (1,651,981.3) | 4,317.4 |
| Accounts receivable and other | 1,786.4 | 3,749.4 | 4,315.7 | 0.0 | 5,565.8 | 0.0 | 0.0 | 15,728.9 | 15,728.9 | 1,845.0 | 5,521.8 | 12,583.3 | 0.0 | 0.0 | | 251,592.0 |
| Inventories | 263.2 | 992.4 | 510.8 | 109.4 | 720.5 | 1,150.5 | 18.4 | 1,075.5 | 1,075.5 | 309.9 | 436.0 | 257.5 | 0.0 | 0.0 | | 56,564.4 |
| Prepaid expenses and other current assets | 62,711.2 | 84,152.0 | 129,223.2 | 12,175.0 | 108,458.4 | 923,842.7 | 756.2 | 181,572.8 | 220,306.5 | 1,324.7 | 56,565.5 | (117.4) | 13,449.1 | 176,951.7 | (1,651,981.3) | 6,915.5 |
| Total current assets | 62,711.2 | 84,152.0 | 129,223.2 | 12,175.0 | 108,458.4 | 923,842.7 | 756.2 | 181,572.8 | 220,306.5 | 1,324.7 | 56,565.5 | (117.4) | 13,449.1 | 176,951.7 | (1,651,981.3) | 319,389.3 |
| **Property, plant, equipment and mine development** | | | | | | | | | | | | | | | | |
| Land and coal interests | 10,129.0 | 92,524.0 | 4,264.7 | 131.0 | 16,317.2 | 164.9 | 0.0 | 61,370.9 | 95,981.0 | 735.5 | 47,007.8 | 112,658.3) | 0.0 | 0.0 | | 328,646.1 |
| Buildings and improvements | 559.4 | 446.5 | 4.5 | 331.0 | 220.0 | 220.0 | 0.0 | 0.0 | 229.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 1,790.6 |
| Machinery and equipment | 51,427.8 | 71,094.2 | 41,013.9 | 521.6 | 69,556.6 | 91,397.7 | 0.0 | 137,605.1 | 268,013.2 | 58,558.2 | 88,890.3 | 167.0 | 0.0 | (34.9) | | 876,370.9 |
| Less accumulated depreciation, depletion and amortization | (44,615.7) | (118,347.7) | (24,474.6) | (536.7) | (42,685.5) | (98,999.8) | 0.0 | (87,237.7) | (194,713.4) | (28,342.0) | (51,481.3) | (42.9) | 0.0 | 34.9 | | (661,624.3) |
| Property, plant, equipment and mine development, net | 17,500.5 | 45,714.9 | 20,828.6 | 547.0 | 42,988.5 | 22,782.8 | 0.0 | 111,738.3 | 169,510.0 | 30,951.7 | 84,436.8 | 124.2 | 0.0 | 0.0 | | 547,183.2 |
| Prepaid royalties | 964.2 | 2,484.5 | 5,615.1 | 1,380.8 | 1,329.6 | (5,116.5) | 0.0 | 4,305.4 | 5,867.5 | 132.5 | 1,248.6 | 0.0 | 0.0 | 0.0 | | 18,211.8 |
| Other assets | 3,808.7 | 362.2 | 746.9 | 156.2 | 2,189.0 | 53,246.6 | 0.0 | 1,299.9 | 3,115.0 | 1,396.4 | 1,924.5 | 0.0 | 0.0 | 0.0 | | 76,883.6 |
| Total assets | 84,984.7 | 132,391.5 | 156,413.7 | 14,259.7 | 154,965.5 | 1,005,255.6 | 756.2 | 298,976.5 | 398,787.9 | 32,505.3 | 143,855.0 | 6.8 | 13,449.1 | 176,951.7 | (1,651,981.3) | 961,677.9 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | | | | | | | | | | | | | | | | |
| **Liabilities and subject to compromise** | | | | | | | | | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable and accrued expenses | 72,801.9 | 72,166.8 | 110,416.2 | 23,844.3 | 181,612.3 | 1,183,960.2 | (20.3) | 191,236.9 | 163,527.5 | 10,097.2 | 137,208.6 | (17,001.9) | 85.2 | 156,951.7 | (1,644,190.1) | 423,568.4 |
| Reclamation liabilities, current | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4,015.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 4,015.0 |
| Short-term debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 152,277.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 152,277.3 |
| Total current liabilities | 72,801.9 | 72,166.8 | 110,416.2 | 23,844.3 | 181,612.3 | 1,340,272.5 | (20.3) | 191,236.9 | 163,527.5 | 10,097.2 | 137,208.6 | (17,001.9) | 85.2 | 156,951.7 | (1,644,190.1) | 581,350.7 |
| **Long-term liabilities** | | | | | | | | | | | | | | | | |
| Long-term debt | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 941,567.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 941,567.8 |
| Reclamation liabilities | 13,272.2 | 26,859.8 | 21,758.8 | 9,092.1 | 13,946.3 | (4,015.0) | 0.0 | 38,912.9 | 9,819.4 | 2,635.3 | 5,385.4 | 197.3 | 0.0 | 0.0 | | 137,864.5 |
| Accrued severation tax | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11,385.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 1,729.6 |
| Total long-term liabilities | 13,272.2 | 26,859.8 | 21,758.8 | 9,092.1 | 13,946.3 | 948,938.7 | 0.0 | 38,912.9 | 9,819.4 | 2,635.3 | 5,385.4 | 197.3 | 0.0 | 0.0 | | 1,099,818.3 |
| Total liabilities | 86,074.1 | 99,026.7 | 132,174.9 | 32,936.4 | 195,558.6 | 2,289,211.2 | (20.3) | 200,148.7 | 173,346.9 | 12,732.5 | 151,919.5 | (50,251.2) | 85.2 | 156,951.7 | (1,644,190.1) | 1,672,168.9 |
| **Stockholders' equity (deficit)** | | | | | | | | | | | | | | | | |
| Equity (deficit) | (13,581.9) | 37,575.1 | 18,362.9 | (15,016.1) | (26,316.9) | (1,155,257.2) | 500.7 | 78,718.6 | 263,707.8 | 19,573.6 | 137,208.6 | 43,098.6 | 13,603.6 | 20,000.0 | 27,227.2 | (349,530.5) |
| Contribution/distribution to subsidiaries | 17,303.7 | 0.0 | 0.0 | 0.0 | 17,104.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (300.0) | (300.0) | 0.0 | (29,717.3) | 4,688.2 |
| Current earnings (loss) | (4,878.3) | (4,210.2) | 5,875.8 | (3,660.0) | (15,278.2) | (145,794.3) | 270.8 | 20,109.2 | (38,275.6) | 299.2 | 18,262.9 | 7,159.4 | 0.0 | (5,301.0) | 0.0 | (165,418.8) |
| Retained earnings (accumulated deficit) | (1,089.4) | 33,364.8 | 24,239.7 | (18,676.7) | (40,593.1) | (1,283,946.6) | 775.5 | 98,827.8 | 225,432.1 | 19,872.8 | 155,471.5 | 50,258.0 | 13,363.9 | 20,000.0 | (7,791.1) | (710,261.0) |
| Total stockholders' equity (deficit) | (1,089.4) | 33,364.8 | 24,239.7 | (18,676.7) | (40,593.1) | (1,283,946.6) | 776.5 | 98,827.8 | 225,432.1 | 19,872.8 | 155,471.5 | 50,258.0 | 13,363.9 | 20,000.0 | (7,791.1) | (710,691.0) |
| Total liabilities and stockholders' equity (deficit) | 84,984.7 | 132,391.5 | 156,413.7 | 14,259.7 | 154,965.5 | 1,005,264.6 | 756.2 | 298,976.5 | 398,779.0 | 32,505.3 | 143,855.0 | 6.8 | 13,449.1 | 176,951.7 | (1,651,981.3) | 961,677.9 |