# SIGN-IN SHEET

CASE NAME: Blackhawk Mining, LLC.    COURTROOM NO.: 2

CASE NO.    19-11595 LSS    DATE: 10/7/19

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Resnick | Davis Polk | Knighthead/Crossroads Lenders |
| Dylan Consla | " | " |
| Mark Collins | Richards Layton | " |
| Ned Schodek | Shearman & Sterling | Ad Hoc First Lien Lenders |
| Fay Teloni | " | " |
| Don Boskovic | Ashby & Geddes | " |
| Kevin Capuzzi | Benesch | Cecil I. Walker |
| Kevin Capuzzi | Benesch | Wayne Haddon |
| R. Craig Martin | DLA Piper LLP (US) | National Equip. Finance |
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell LLP | MidCap |
| Alex Sho | Hogan Lovells US LLP | " |
| Deborah Spivack | " | " |
| Matthew Lunn | YCST | " |
| Dan Ginsberg | ___ | " |
| Richard Riley | Whiteford Taylor | LPPB Landowners, Brown Properties, Fox Long Fork, Blue Eagle, Kinder Morgan, "The sources" / Resources |

# SIGN-IN SHEET

CASE NAME: Blackhawk Mining LLC    COURTROOM NO.: 2

CASE NO. 19-11595 LSS    DATE: 10/7/2019

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ross Kwasteniet | Kirkland & Ellis | Debtors |
| Barack Echols | Kirkland & Ellis | Debtors |
| Joseph Graham | Kirkland & Ellis | Debtors |
| Christopher Hayes | Kirkland & Ellis | Debtors |
| Luke Smith | Kirkland & Ellis | Debtors |
| L. Katherine Good | Potter Anderson & Corroon | Debtors |
| | | |
| | | |
| | | |
| | | |
| | | |

6428746v.1

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Laurie Selber Silverstein

**Calendar Date:** 10/07/2019
**Calendar Time:** 11:00 AM ET

#2

Amended Calendar Oct 7 2019 7:57AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10100807 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10101460 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10102006 | Daniel H. Gill | (703) 341-3837 ext. | Bloomberg Law | Media, Bloomberg Law - PRESS / LISTEN ONLY |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10102231 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10098633 | Jennifer M. McLemore | (804) 420-6330 ext. | Williams Mullen | Creditor, Kentucky River Properties / LIVE |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10099385 | Michael D. Mueller | (804) 420-6332 ext. | Williams Mullen | Creditor/Claimant, Natural Resource Partners / LIVE |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10100699 | Peter M. Pearl | (540) 512-1832 ext. | Spilman Thomas & Battle, PLLC | Bankruptcy Counsel, Penn Virginia Operating Company / LIVE |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10104307 | Jonathan W. Randles | (212) 416-2037 ext. | Dow Jones | Interested Party, Dow Jones / LISTEN ONLY |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10098523 | Brian M. Resnick | (212) 450-3022 ext. | Davis Polk & Wardwell LLP | Interested Party, unknown / LISTEN ONLY |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10101990 | Michael Roeschenthaler | (412) 726-4909 ext. | Whiteford, Taylor & Preston, LLP | Creditor, LRPB Landlords, Garland Fork LLC, Broun Properties, Blue Eagle Land LLC. / LIVE |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10099342 | Gabriel E. Sasson | (212) 806-5400 ext. | Stroock & Stroock & Lavan LLP | Interested Party, Stroock & Stroock & Lavan LLP / LISTEN ONLY |
| | | Blackhawk Mining LLC | 19-11595 | Hearing | 10101976 | Daniel Schimizzi | (412) 275-2402 ext. | Whiteford, Taylor & Preston, LLP | Creditor, LRPB Landlords, Garland Fork LLC, Broun Properties, Blue Eagle Land LLC. / LIVE |

| Blackhawk Mining LLC | 19-11595 | Hearing | 10098656 | Luke Seaton Smith | (312) 862-2000 ext. | Kirkland & Ellis LLP | | Debtor, Black Hawk Mining LLC / LISTEN ONLY |
| Blackhawk Mining LLC | 19-11595 | Hearing | 10104106 | Joshua D. Stiff | (757) 497-6633 ext. | Wolcott Rivers Gates | | Interested Party, Whayne Supply Company and Cecil I. Walker Machinery Company / LIVE |