IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BLACKHAWK MINING LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 19-11595 (LSS)<br>)<br>) (Jointly Administered)<br>) **Re: Docket No. 281** |

**ORDER (A) APPROVING THE FORM OF NOTICE AND SCHEDULE OF DATES AND DEADLINES RELATING TO THE APPROVAL OF THE DEBTORS' FIRST AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION AND (B) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) approving the proposed form of notice of the proposed modifications, which is attached as **Exhibit 1** hereto (the "Notice of Modifications"), (b) approving the Modification Schedule, (c) approving the proposed form of vote modification form attached as **Exhibit 2** hereto (the "Vote Modification Form"), and (d) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Blackhawk Mining LLC (5600); Blackhawk Coal Sales, LLC (9456); Blackhawk Land and Resources, LLC (7839); Blackhawk River Logistics, LLC (3388); Blue Creek Mining, LLC (2427); Blue Diamond Mining, LLC (3488); Eagle Shield, LLC (6721); FCDC Coal, Inc. (6188); Guyandotte Mining, LLC (4882); Hampden Coal, LLC (8241); Kanawha Eagle Mining, LLC (0586); Logan & Kanawha, LLC (3178); Panther Creek Mining, LLC (0627); Pine Branch Land, LLC (9661); Pine Branch Mining, LLC (9681); Pine Branch Resources, LLC (9758); Redhawk Mining, LLC (0852); Rockwell Mining, LLC (3874); Spruce Pine Land Company (2254); Spurlock Mining, LLC (2899); Triad Mining, LLC (7713); and Triad Trucking, LLC (6112). The location of the Debtors' service address in these chapter 11 cases is 3228 Summit Square Place, Suite 180, Lexington, Kentucky 40509.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

KE 64400850

§ 157(b)(2); and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth in this Order.

2. The form of the Notice of Modifications complies with the applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and is approved in all respects.

3. The form of the Vote Modification Form complies with the applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and is approved in all respects.

4. The Modification Schedule is approved and adopted. The Court will hold a hearing on October 25, 2019, at 2:00 p.m., prevailing Eastern Time, at which time the Court will consider, among other things, confirmation of the Amended Plan.

5. Any objections to confirmation of the Amended Plan shall be filed on or before October 18, 2019, at 4:00:00 p.m., prevailing Eastern Time (the "Objection Deadline"). Any objections to confirmation of the Amended Plan must:

- a. be in writing;
- b. comply with the Bankruptcy Rules and the Local Rules;
- c. state the name and address of the objecting party and the amount and nature of the Claim or Interest owned by such entity;
- d. state with particularity the legal and factual basis for such objections, and, if practicable, a proposed modification to the Amended Plan that would resolve such objections; and
- e. be filed with this Court with proof of service thereof and served upon the Notice Parties (as defined in the Notice of Modifications) so as to be actually received by the Objection Deadline.

6. Any objections not satisfying the requirements of this Order may not be considered and may be overruled.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. Notwithstanding the possible applicability of Bankruptcy Rules 3020(e), 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

_____
**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY** JUDGE

3Dated: Oct. 7, 2019
**Wilmington, Delaware**

KE 64400850

## Exhibit 1

**Form of Notice of Modifications**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| BLACKHAWK MINING LLC, *et al.*,[14] | ) Case No. 19-11595 (LSS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF (A) FILING OF DEBTORS' FIRST AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION, (B) VOTE MODIFICATION AND OBJECTION PROCEDURES AND DEADLINES RELATING THERETO, AND (C) HEARING ON CONFIRMATION OF DEBTORS' FIRST AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION**

**NOTICE IS HEREBY GIVEN** as follows:

On July 19, 2019 (the "Petition Date"), Blackhawk Mining LLC and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Also on July 19, 2019, the Debtors filed the *Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 16] and a related disclosure statement [Docket No. 17] (the "Disclosure Statement") with the Bankruptcy Court. On August 26, 2019, the Debtors filed the *Debtors' Modified Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 231] (the "Plan") with the Bankruptcy Court. On August 29, 2019, the Bankruptcy Court entered an order approving the Disclosure Statement and confirming the Plan [Docket No. 251] (the "Confirmation Order").

The Debtors filed the following documents with the Bankruptcy Court: (a) on October 2, 2019, the *Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 278] (the "Amended Plan"),[15] and (b) on October 3, 2019, the *Debtors' Motion for Entry of an Order (A) Approving the Debtors' First Amended Joint*

---

[14] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Blackhawk Mining LLC (5600); Blackhawk Coal Sales, LLC (9456); Blackhawk Land and Resources, LLC (7839); Blackhawk River Logistics, LLC (3388); Blue Creek Mining, LLC (2427); Blue Diamond Mining, LLC (3488); Eagle Shield, LLC (6721); FCDC Coal, Inc. (6188); Guyandotte Mining, LLC (4882); Hampden Coal, LLC (8241); Kanawha Eagle Mining, LLC (0586); Logan & Kanawha, LLC (3178); Panther Creek Mining, LLC (0627); Pine Branch Land, LLC (9661); Pine Branch Mining, LLC (9681); Pine Branch Resources, LLC (9758); Redhawk Mining, LLC (0852); Rockwell Mining, LLC (3874); Spruce Pine Land Company (2254); Spurlock Mining, LLC (2899); Triad Mining, LLC (7713); and Triad Trucking, LLC (6112). The location of the Debtors' service address in these chapter 11 cases is 3228 Summit Square Place, Suite 180, Lexington, Kentucky 40509.

[15] Capitalized terms used but not defined in this notice have the meanings ascribed to them in the Amended Plan.

2

*Prepackaged Chapter 11 Plan of Reorganization, (B) Approving the Form of Notice and Schedule of Dates and Deadlines Relating Thereto, and (C) Granting Related Relief* [Docket No. [●]] (the "Modification Motion").

A description of the events leading to the filing of the Amended Plan and the Modification Motion is set forth below in the section captioned "Post-Confirmation Developments."

A summary of the differences between the Plan and the Amended Plan is set forth below in the section captioned "Amended Plan Modifications to the Plan."

**The Modification Order**: On [●], the Bankruptcy Court entered an order granting the Modification Motion [Docket No. [●]] (the "Modification Order"). Pursuant to the Modification Order, Holders of Class 3 First Lien Term Loan Claims and Class 4 Second Lien Term Loan Claims that previously voted such Claims to accept or reject the Plan have the opportunity to change such votes with respect to the Amended Plan, subject to the procedures set forth below in the section captioned "Vote Modification Instructions" and on their corresponding Vote Modification Form distributed herewith.

**Vote Modification Deadline**: The deadline for Holders of Class 3 First Lien Term Loan Claims and Class 4 Second Lien Term Loan Claims that previously voted such Claims to accept or reject the Plan to change such votes with respect to the Amended Plan is **[October 18], 2019, at [4:00 p.m.], prevailing Eastern Time** (the "Vote Modification Deadline").

**Objections to the Amended Plan**: The deadline for filing objections (each, an "Objection") to the Amended Plan is **[October 18], 2019, at [4:00 p.m.], prevailing Eastern Time** (the "Objection Deadline"). Any such Objections must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) state the name and address of the objecting party and the amount and nature of the Claim or Interest owned by such entity; (d) state with particularity the legal and factual basis for such objections, and, if practicable, a proposed modification to the Amended Plan that would resolve such objections; and (e) be filed with the Court with proof of service thereof and served upon the Notice Parties (as defined herein) so as to be actually received by the Objection Deadline.

A hearing (the "Amended Plan Confirmation Hearing") will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in Courtroom 6 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on **[October 21], 2019, at** 2:00 p.**m., prevailing Eastern Time**, to consider confirmation of the Amended Plan, any Objections thereto, and any other matter that may properly come before the Court. Please be advised that the Amended Plan Confirmation Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

Objections must be filed with the Bankruptcy Court and served so as to be **actually received** no later than the Objection Deadline, by (a) the United States Trustee for the District of Delaware, (b) all parties who have filed a notice of appearance in the Debtors'

3

KE 64400850

chapter 11 cases, and (c) those parties who have requested service of papers in these chapter 11 cases pursuant to Bankruptcy Rule 2002 (the "Notice Parties").

**UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE AMENDED PLAN, AS YOUR RIGHTS MAY BE AFFECTED. BEFORE TAKING ANY ACTION WITH RESPECT TO THE AMENDED PLAN, HOLDERS OF CLAIMS WHO ARE ENTITLED TO CHANGE THEIR PRIOR VOTES ON THE PLAN WITH RESPECT TO SUCH CLAIMS SHOULD READ AND CONSIDER CAREFULLY THE RISK FACTORS SET FORTH BELOW IN THE SECTION CAPTIONED "DISCLAIMER REGARDING RISKS RELATED TO THE AMENDED PLAN" AS WELL AS THE OTHER INFORMATION SET FORTH IN THIS NOTICE, THE AMENDED PLAN, AND THE DOCUMENTS REFERRED TO IN, OR INCORPORATED BY REFERENCE INTO, THIS NOTICE.**

Copies of the documents referenced above may be obtained upon request of the Debtors' counsel at the address specified below and are on file with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, where they are available for review between the hours of 8:00 a.m. to 4:00 p.m., prevailing Eastern Time. Such documents also are available for inspection free of charge on the Debtors' restructuring website at https://cases.primeclerk.com/blackhawkmining.

### Post-Confirmation Developments

Following entry of the Confirmation Order, the Debtors worked diligently to satisfy the various prerequisites for the Plan's effectiveness, including obtaining all regulatory approvals necessary to implement and effectuate the Plan.

By mid-September, the Debtors realized that, due to a confluence of unforeseen market headwinds, including a substantial drop in metallurgical and thermal coal prices and limited coal spot market activity, they would need a further infusion of new capital to fund emergence costs and to fund operations.

Specifically, since July, the price of thermal coal has fallen by approximately 10%, while the price of metallurgical coal has fallen by approximately 20%. As the following chart demonstrates, this is a substantial decline based on the Debtors' budget estimates:

4

*Recent Coal Price Volatility*



In light of this unexpected decline, the Debtors implemented a series of operational changes to limit excess inventory build and cash spend to mitigate the impact of adverse coal market conditions. These measures primarily involved changes to mine operating schedules, which can be reversed if the coal markets improve. Although the Debtors' operational changes should mitigate the cash impact of this decline, it is still lower than previously expected.

The adverse market conditions led to a shortfall of operating cash receipts for the period from the filing date to September 27, 2019, compared to the original DIP budget of $24.0 million. Additionally, the Debtors' current forecast of cash receipts from September 28, 2019, to October 11, 2019, reflects an additional shortfall of $22.6 million during the same period in the original DIP budget. Moreover, the plan was to emerge from bankruptcy by the end of August 2019, and this lengthened process also has resulted in incremental professional fees and U.S. Trustee fees.

The Debtors have made progress in reducing operating cash expenditures but not enough to offset the combination of the shortfall in operating cash receipts and increased cost of the restructuring process. Actual and the current forecast of operating cash disbursements are lower for the period from the petition date to October 11, 2019, compared to the original DIP budget by $4.0 million.

Based on these changed circumstances, the Debtors promptly engaged their ad hoc lender groups on ways to address the Debtors' near-term need for liquidity while still preserving the overall Plan construct. As part of that process, the Debtors provided the lender groups and their advisors with updates on the Debtors' near-team liquidity and need for additional cash. The parties

5

then engaged in discussions regarding modifications to the Plan to further reduce the Debtors' go-forward leverage. This included multiple in-person and telephonic meetings between the Debtors and their creditors, as well as among the creditors themselves, and three amendments to the RSA on September 12, 2019, September 20, 2019, and September 27, 2019, respectively, extending the milestone for Plan effectiveness through and including October 2, 2019.[16] On October 2, 2019, following good-faith, arm's-length negotiations among the Debtors and the ad hoc lender groups, the parties reached agreement on an amendment to their DIP term loan facility providing for an additional $35 million of new money and the Amended Plan. The support for the Amended Plan is documented in an October 2, 2019, amendment to the RSA.

The DIP amendment, among other things, (a) provides the Debtors with an additional $35 million in DIP financing (the "Additional DIP Loans"), (b) provides first priority liens on certain of the Debtors' owned coal reserves in northern West Virginia to secure the Additional DIP Loans, and (c) provides for the payment of certain fees set forth in the DIP amendment in consideration for the financing increase and the milestone and maturity extensions.[17]

The Amended Plan makes certain modifications to the Plan targeted at further reducing the Debtors' go-forward leverage, as summarized in the following section. The Debtors' reorganization pursuant to the Amended Plan will reduce go-forward leverage by an additional $290 million and thereby increase the Reorganized Debtors' strategic flexibility.[18] Accordingly, the Debtors believe that the Amended Plan will best enable them to weather a frequently volatile market in the coal industry while also executing on their long-term business strategy.

### Plan Modifications

The Amended Plan incorporates modified take-back debt and equitization terms that, together, will reduce the Reorganized Debtors' go-forward leverage from approximately $465 million to approximately $175 million. Under the Amended Plan, the DIP Term Lenders will receive $85 million of first lien take-back debt under the New First Lien Loan for the New Money DIP Loan provided to the Debtors during these chapter 11 cases, and the $100 million roll-up portion of the DIP Term Facility will be equitized. The Amended Plan also reallocates distributions of equity in the reorganized company. It provides that holders of Roll-Up DIP Claims will receive 21.5% of the New Common Stock in the reorganized company, holders of First Lien

---

[16] The Debtors and the DIP lenders made corresponding amendments to the DIP ABL Agreement and the DIP Term Agreement.

[17] The maturity date for the Additional DIP Loans is the same as the maturity date for the remainder of the term DIP facility arising under the DIP Term Credit Agreement. Notably, however, the maturity date for the Additional Loans will be earlier than the date for the remainder of the Debtors' exit term loan facility. Specifically, the Additional DIP Loans will mature 120 days following the closing date of the DIP amendment, which maturity date will be part of the Debtors' take-back term loan exit facility, subject to up to three extensions under certain circumstances. Further detail about the DIP amendment is set forth in the Debtors' motion seeking approval of that amendment, filed on [●], at Docket No. [●]].

[18] The Debtors' reorganization pursuant to the Plan will result in go-forward leverage of $465 million, whereas the Debtors' reorganization pursuant to the Amended Plan will result in go-forward leverage of $175 million.

6

Term Loan Claims will receive 68.5% of such New Common Stock, and holders of Second Lien Term Loan Claims will receive 10% of such New Common Stock.

The below chart summarizes the Plan Modifications between the Plan and the Amended Plan with respect to the treatment of Roll-Up DIP Claims, Class 3 First Lien Term Loan Claims, and Class 4 Second Lien Term Loan Claims.[19]

| Type of Claim | Treatment Under Plan | Treatment Under Amended Plan |
|---|---|---|
| DIP Roll-Up Claims | New First Lien Loan in aggregate amount of $100 million | 21.5% of New Common Stock |
| Class 3 First Lien Term Loan Claims | 71% of New Common Stock and $225 million in aggregate amount of New First Lien Loan | 68.5% of New Common Stock |
| Class 4 Second Lien Term Loan Claims | 29% of New Common Stock | 10% of New Common Stock |

The Amended Plan and DIP amendment also provide for a backstop fee with respect to the additional $35 million new money DIP financing. Specifically, if the holder of a DIP Roll-Up Claim does not participate in that $35 million new money DIP financing, 3.0% of the aggregate New Common Stock otherwise allocable to the holder of that claim on account of their holdings of DIP Roll-Up Claims and First Lien Term Loan Claims will be reallocated to the backstop commitment party.

**Projected Amended Plan Recoveries for Roll-Up DIP Claims, Class 3, and Class 4**

In light of the Amended Plan's changes to the treatment of Roll-Up DIP Claims, Class 3 First Lien Term Loan Claims, and Class 4 Second Lien Term Loan Claims, the projected recoveries with respect to those Claims under the Amended Plan are as follows:[20]

| Class | Claim | Status | Voting Rights | Projected Amended Plan Recovery (%) |
|---|---|---|---|---|
| N/A | DIP Roll-Up Claims | Impaired | Not Entitled to Vote; Entitled to Object | 100% |
| 3 | First Lien Term Loan Claims | Impaired | Entitled to Vote | 55.2% |

---

[19] Any summary of any terms of the Amended Plan contained in this notice is qualified in its entirety by reference to the provisions of the Amended Plan. The Amended Plan will control in the event of any inconsistency between this notice and the Amended Plan.

[20] The recovery percentages shown in this chart are based upon an agreed total enterprise value of $600 million and equity value of $465 million, which has been agreed to among the RSA counterparties solely for purposes of the Amended Plan in light of market circumstances, and should not be used for any other purpose.

7

| Class | Claim | Status | Voting Rights | Projected Amended Plan Recovery (%) |
|---|---|---|---|---|
| 4 | Second Lien Term Loan Claims | Impaired | Entitled to Vote | 14.1% |

### Disclaimer Regarding Risks Related to the Amended Plan

**Before taking any action with respect to the Amended Plan, you should review and consider carefully the Risk Factors set forth in Section VIII of the Disclosure Statement, as well as the other information set forth in the Disclosure Statement, the Amended Plan, and the documents delivered together therewith, referred to, or incorporated by reference into the Disclosure Statement, including other documents filed with the Bankruptcy Court in the Chapter 11 Cases. With respect to the financial projections and valuation analysis attached to the Disclosure Statement, you are advised that the facts and assumptions underlying the projections and analysis are no longer accurate, and that the projections and analysis should not be relied upon. The Debtors are reassessing their financial projections in light of market volatility affecting the Debtors and other coal companies that has only increased subsequent to the Plan's confirmation. Due to this volatility, the Debtors have not prepared revised financial projections or an updated valuation analysis at this time.**

### Vote Modification and Objection Instructions

**Holders of DIP Roll-Up Claims who do not consent to the modified treatment of DIP Term Loan Claims as set forth in the Amended Plan must file an Objection with the Bankruptcy Court and serve it so as to be <u>actually received</u> by the Notice Parties by no later than the Objection Deadline.**

Holders of Claims in Class 3 or Class 4 who previously voted such Claims to accept or reject the Plan may change such prior votes (each, a "Prior Vote") in relation to the Amended Plan, subject to the procedures set forth below:

- Holders must complete the vote modification form provided by the the Debtors' solicitation agent (the "Vote Modification Form"). A form of the Vote Modification Form is attached to the Modification Order as **Exhibit 2** thereto.

- A Vote Modification Form will not be effective to change a Prior Vote unless it is (a) fully completed in accordance with the instructions set forth therein; (b) authenticated by the Holder of the Claims identified therein (or an authorized representative of that Holder); *and* (c) **actually received** by the Debtors' solicitation agent by the Vote Modification Deadline either (i) via first class mail, overnight courier, or hand delivery to the solicitation agent at Blackhawk Mining Ballot Processing, c/o Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street (Park Avenue), Suite 1440, New York, NY 10165; or (ii) via electronic submission through the solicitation agent's online voting portal at https://cases.primeclerk.com/blackhawkballots/EBallot-Home.

**IF YOU HAVE ANY QUESTIONS REGARDING THESE VOTE MODIFICATION PROCEDURES, PLEASE CONTACT THE SOLICITATION AGENT BY EMAILING BLACKHAWKBALLOTS@PRIMECLERK.COM AND REFERENCE "BLACKHAWK MINING" IN THE SUBJECT LINE, OR BY CALLING (844) 627-6268 (DOMESTIC TOLL-FREE) OR (347) 292-3528 (INTERNATIONAL TOLL), AND ASK FOR THE SOLICITATION GROUP.**

*[Remainder of page intentionally left blank]*

Dated: [●], 2019
Wilmington, Delaware

/s/ [●]
_____

| | |
|---|---|
| Christopher M. Samis (DE 4909) | James H.M. Sprayregen, P.C. |
| L. Katherine Good (DE 5101) | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **POTTER ANDERSON CORROON LLP** | Joseph M. Graham (admitted *pro hac vice*) |
| 1313 North Market Street, 6th Floor | **KIRKLAND & ELLIS LLP** |
| P.O. Box 951 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Wilmington, Delaware 19801-6108 | 300 North LaSalle |
| Telephone:  (302) 984-6000 | Chicago, Illinois 60654 |
| Facsimile:  (302) 658-1192 | Telephone:  (312) 862-2000 |
| Email:  csamis@potteranderson.com | Facsimile:  (312) 862-2200 |
|        kgood@potteranderson.com | Email:  james.sprayregen@kirkland.com |
| | ross.kwasteniet@kirkland.com |
| | joe.graham@kirkland.com |

*Counsel to the Debtors and Debtors in Possession*

- and -

Stephen E. Hessler, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  stephen.hessler@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

KE 64400850

## Exhibit 2

**Form of Vote Modification Form**

|                                      |   |                          |
|--------------------------------------|---|--------------------------|
| In re:                               | ) | Chapter 11               |
|                                      | ) |                          |
| BLACKHAWK MINING LLC, *et al.*,[1]   | ) | Case No. 19-11595 (LSS)  |
|                                      | ) |                          |
| Debtors.                             | ) | (Jointly Administered)   |
|                                      | ) |                          |

## VOTE MODIFICATION FORM WITH RESPECT TO THE DEBTORS' FIRST AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION

If you are the Holder of a [_____] Lien Term Loan Claim (Class [_]) as of [●], 2019 (the "Record Date"), you may use this "Vote Modification Form" to change your prior vote on the *Debtors' Modified Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 231] (the "Plan") with respect to that Claim in relation to the *Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. [●]] (the "Amended Plan")[2] should you chose to do so.

### HOW TO CHANGE YOUR PRIOR VOTE

1. COMPLETE ITEM 1 AND ITEM 2.

2. REVIEW THE CERTIFICATIONS CONTAINED IN ITEM 3.

3. SIGN AND DATE YOUR VOTE MODIFICATION FORM. Please provide your name and mailing address in the space provided on this Vote Modification Form.[3]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Blackhawk Mining LLC (5600); Blackhawk Coal Sales, LLC (9456); Blackhawk Land and Resources, LLC (7839); Blackhawk River Logistics, LLC (3388); Blue Creek Mining, LLC (2427); Blue Diamond Mining, LLC (3488); Eagle Shield, LLC (6721); FCDC Coal, Inc. (6188); Guyandotte Mining, LLC (4882); Hampden Coal, LLC (8241); Kanawha Eagle Mining, LLC (0586); Logan & Kanawha, LLC (3178); Panther Creek Mining, LLC (0627); Pine Branch Land, LLC (9661); Pine Branch Mining, LLC (9681); Pine Branch Resources, LLC (9758); Redhawk Mining, LLC (0852); Rockwell Mining, LLC (3874); Spruce Pine Land Company (2254); Spurlock Mining, LLC (2899); Triad Mining, LLC (7713); and Triad Trucking, LLC (6112). The location of the Debtors' service address in these chapter 11 cases is 3228 Summit Square Place, Suite 180, Lexington, Kentucky 40509.

[2] Capitalized terms used but not defined in this notice have the meanings ascribed to them in the Amended Plan.

[3] If you are signing this Ballot in your capacity as a trustee, executor, administrator, guardian, attorney-in-fact, or officer of a corporation or otherwise acting in a fiduciary or representative capacity, you must indicate such capacity when signing and, if required or requested by the Solicitation Agent, the Debtors, the Debtors' proposed counsel, or the Bankruptcy Court, you must submit proper evidence to the requesting party of authority to so act on behalf of such holder.

KE 64400850

4. **RETURN THE VOTE MODIFICATION FORM** to the Debtors' solicitation agent by the Vote Modification Deadline either (i) via first class mail, overnight courier, or hand delivery to the solicitation agent at Blackhawk Mining Ballot Processing, c/o Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street (Park Avenue), Suite 1440, New York, NY 10165; or (ii) via electronic submission through the solicitation agent's online voting portal at https://cases.primeclerk.com/blackhawkballots/EBallot-Home

**Item 1.**  **Principal Amount of Class [•] Claims.** The undersigned hereby certifies that, as of the date hereof, the undersigned was the Holder of Class [ ] [_____] Lien Term Loan Claims (or authorized signatory for an entity that is a Holder of such Claims) in the following aggregate principal amount, excluding, for the avoidance of doubt, accrued but unpaid interest and other amounts that may be owed to the undersigned (or the entity for whom the undersigned is signatory) (*please fill in the amount if not otherwise completed*):

> Amount of Class [ ] [_____] Lien Term Loan Claims: $_____

**Item 2.**  **Vote Modification.** If you previously voted the Class [ ] [_____] Lien Term Loan Claims set forth in Item 1 above to accept or reject the Plan, you may change that vote in relation to the Amended Plan. To change your prior vote, you must check the applicable box below (*please check one and only one*):

☐ The Holder of the Class [ ] [_____] Lien Term Loan Claims set forth in Item 1 above changes its prior vote to accept the Plan to a vote to **reject** the Amended Plan.

☐ The Holder of the Class [ ] [_____] Term Loan Claims set forth in Item 1 above changes its prior vote to reject the Plan to a vote to **accept** the Amended Plan.

Please note that you are voting all of your Class [ ] [_____] Lien Term Loan Claims either to accept or reject the Amended Plan. You may not split your vote. **If you do not indicate that you either accept or reject the Amended Plan by checking the applicable box above, your prior vote with respect to the Plan will be deemed to be your vote with respect to the Amended Plan. Similarly, if you check both boxes above, your prior vote with respect to the Plan will be deemed to be your vote with respect to the Amended Plan.**

The Amended Plan, though proposed jointly, constitutes a separate Amended Plan proposed by each Debtor. Accordingly, your vote cast above will be applied in the same manner and in the same amount in Class [_] against each applicable Debtor.

**Item 3.**  **Authorization.** By signing and returning this Vote Modification Form, the undersigned certifies to the Debtors and the Bankruptcy Court that:

1. the undersigned is (a) the Holder of the Claims identified in Item 1 above; and (b) the authorized signatory for an entity that is a Holder of such Claims;

2. the undersigned has received a copy of this notice, and acknowledges that the undersigned's vote as set forth on this Vote Modification Form is subject to the terms and conditions set forth therein and herein;

2

KE 64400850

3. the undersigned has cast the same vote with respect to all of its [_____] Lien Term Loan Claims (Class [__]) in connection with the Amended Plan; and

4. (a) no other Vote Modification Form with respect to the Claims identified in Item 1 above has been submitted; or (b) if any other Vote Modification Form has been submitted with respect to such Claims, then any such earlier Vote Modification Forms are hereby revoked and deemed to be null and void.

Name of Holder: _____

Signature: _____

Signatory Name (if other than the holder) and Capacity of Signatory: _____

Title: _____

Address: _____

Email Address: _____

Telephone Number: _____

Date Completed: _____

---

**IF YOU WOULD LIKE TO CHANGE YOUR PRIOR VOTE, PLEASE COMPLETE, SIGN, AND DATE THIS VOTE MODIFICATION FORM AND RETURN IT PROMPTLY. THIS VOTE MODIFICATION FORM MUST BE COMPLETED, EXECUTED, AND RETURNED BY ONE OF THE FOLLOWING RETURN METHODS SO THAT IT IS ACTUALLY RECEIVED BY THE SOLICITATION AGENT BY OCTOBER 18, 2019, AT 4:00 P.M., PREVAILING EASTERN TIME OR YOUR VOTE MODIFICATION WILL NOT BE EFFECTIVE: (I) VIA FIRST CLASS MAIL, OVERNIGHT COURIER, OR HAND DELIVERY TO THE SOLICITATION AGENT AT BLACKHAWK MINING BALLOT PROCESSING, C/O PRIME CLERK LLC, ONE GRAND CENTRAL PLACE, 60 EAST 42ND STREET (PARK AVENUE), SUITE 1440, NEW YORK, NY 10165; OR (II) VIA ELECTRONIC SUBMISSION THROUGH THE SOLICITATION AGENT'S ONLINE VOTING PORTAL AT HTTPS://CASES.PRIMECLERK.COM/BLACKHAWKBALLOTS/EBALLOT-HOME**

**BLACKHAWK MINING BALLOT PROCESSING**
**C/O PRIME CLERK LLC**
**ONE GRAND CENTRAL PLACE,**
**60 EAST 42ND STREET (PARK AVENUE)**
**SUITE 1440**
**NEW YORK, NY 10165**

---

To submit your Vote Modification Form via the online voting portal, please visit https://cases.primeclerk.com/blackhawkballots (the "E-Ballot Portal"). Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your Vote Modification Form.

**IMPORTANT NOTE:** You will need to obtain an E-Ballot ID from Prime Clerk to submit your customized Vote Modification Form. In order to obtain a Unique E-Ballot ID#, please send an email to blackhawkballots@primeclerk.com with "Blackhawk Vote Modification" in the subject line. The email should contain the following pieces of information (i) the name of the Class 3 or Class 4 party for whom you're requesting a Vote Modification Form; (ii) the amount of the Class 3 or Class 4 party's term loan position as of

3

the Record Date; and (iii) the Class 3 or Class 4 party's voter ID from the Ballot that was previously submitted in the initial solicitation mailing.

The Solicitation Agent's online voting platform is the sole manner in which Vote Modification Forms will be accepted via electronic or online transmission. Vote Modification Forms submitted by facsimile, email or other means of electronic transmission will not be counted.

Each E-Ballot ID# is to be used solely for changing a prior vote on the Plan with respect to the Claims described in Item 1 above in relation to the Amended Plan. Please complete and submit a Vote Modification Form for each E-Ballot ID# you receive, as applicable. Creditors who submit a Vote Modification Form using the Solicitation Agent's E-Ballot Portal should NOT also submit a hard copy Vote Modification Form.

       IF YOU HAVE ANY QUESTIONS REGARDING THIS VOTE MODIFICATION FORM, PLEASE CONTACT THE DEBTORS' SOLICITATION AGENT BY EMAILING BLACKHAWKBALLOTS@PRIMECLERK.COM AND REFERENCE "BLACKHAWK MINING" IN THE SUBJECT LINE, OR BY CALLING (844) 627-6268 (DOMESTIC TOLL-FREE) OR (347) 292-3528 (INTERNATIONAL TOLL), AND ASK FOR THE SOLICITATION GROUP.