IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLACKHAWK MINING LLC, *et al.*,[1] | ) | Case No. 19-11595 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | **Re: Docket Nos. 278, 281 & 295** |

**NOTICE OF FILING OF PROPOSED ORDER PURSUANT
TO 11 U.S.C. §§ 1127(B) AND 1129 (I) CONFIRMING THE FIRST
AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF
REORGANIZATION, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on October 2, 2019, the Debtors filed the *Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 278] (the "Amended Plan"), with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 2, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (A) Approving the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization, (B) Approving the Form of Notice and Schedule of Dates and Deadlines Relating Thereto, and (C) Granting Related Relief* [Docket No. 281] (the "Plan Modification Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Blackhawk Mining LLC (5600); Blackhawk Coal Sales, LLC (9456); Blackhawk Land and Resources, LLC (7839); Blackhawk River Logistics, LLC (3388); Blue Creek Mining, LLC (2427); Blue Diamond Mining, LLC (3488); Eagle Shield, LLC (6721); FCDC Coal, Inc. (6188); Guyandotte Mining, LLC (4882); Hampden Coal, LLC (8241); Kanawha Eagle Mining, LLC (0586); Logan & Kanawha, LLC (3178); Panther Creek Mining, LLC (0627); Pine Branch Land, LLC (9661); Pine Branch Mining, LLC (9681); Pine Branch Resources, LLC (9758); Redhawk Mining, LLC (0852); Rockwell Mining, LLC (3874); Spruce Pine Land Company (2254); Spurlock Mining, LLC (2899); Triad Mining, LLC (7713); and Triad Trucking, LLC (6112). The location of the Debtors' service address in these chapter 11 cases is 3228 Summit Square Place, Suite 180, Lexington, Kentucky 40509.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order (A) Approving the Form of Notice and Schedule of Dates and Deadlines Relating to the Approval of the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization, (B) Granting Related Relief* [Docket No. 295], a hearing has been scheduled before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge, at the United States Bankruptcy Court located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **October 25, 2019 at 2:00 p.m. (ET)** to consider confirmation of the Amended Plan (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the proposed *Order Pursuant to 11 U.S.C. §§ 1127(b) and 1129 (I) Confirming the First Amended Joint Prepackaged Chapter 11 Plan of Reorganization, and (II) Granting Related Relief* (the "Proposed Confirmation Order"). The Debtors reserve the right to materially, alter, amend, or modify the Proposed Confirmation Order. The Debtors intend to present the Proposed Confirmation Order to the Bankruptcy Court at the Hearing.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: October 22, 2019<br>Wilmington, Delaware | /s/ *L. Katherine Good*<br>Christopher M. Samis (DE 4909)<br>L. Katherine Good (DE 5101)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19801-6108<br>Telephone:   (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email:           csamis@potteranderson.com<br>                      kgood@potteranderson.com<br><br>- and -<br><br>James H.M. Sprayregen, P.C.<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           james.sprayregen@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      joe.graham@kirkland.com<br><br>- and -<br><br>Stephen E. Hessler, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           stephen.hessler@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

IMPAC 6451296v.1