# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTD Companies, Inc., et al.,[1] | Case No. 19-11240 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 23, 2019 AT 10:00 A.M. (EDT)[2]

**I.   WITHDRAWN MATTERS:**

1. Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Authorizing the Filing Under Seal of Certain Exhibits to Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 203 – filed June 25, 2019] (the "Motion to Seal")

    Objection/Response Deadline:    July 16, 2019 at 4:00 p.m. (ET)

    Objection / Responses Received:

    A.  Objection of Bank of America, N.A. to Motion to Compel (D.I. 205), Motion to Shorten Notice (D.I. 206), and Motion to Seal (D.I. 203) of Randstad General Partner (US), LLC and Randstad North America, Inc. [Docket No. 250 - filed June 28, 2019]

---

[1]  The Debtors are the following 15 entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): FTD Companies, Inc. (5852); Bloom That, Inc. (9936); Florists' Transworld Delivery, Inc. (6960); FlowerFarm, Inc. (2852); FSC Denver LLC (7104); FSC Phoenix LLC (7970); FTD, Inc. (1271); FTD.CA, Inc. (7556); FTD.COM Inc. (4509); FTD Group, Inc. (9190); FTD Mobile, Inc. (7423); Giftco, LLC (5832); Provide Cards, Inc. (3462); Provide Commerce LLC (0019); and Provide Creations, Inc. (8964). The Debtors' noticing address in these chapter 11 cases is 3113 Woodcreek Drive, Downers Grove, IL 60515.

[2]  The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the July 23, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

Related Documents:

i. Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations (SEALED) [Docket No. 204 – filed June 25, 2019]

ii. Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations (REDACTED) [Docket No. 205 – filed June 25, 2019]

iii. Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Shortening the Notice and Objection Periods for Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 206 – filed June 25, 2019]

iv. Notice of Withdrawal of Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Shortening the Notice and Objection Periods for Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 251 – filed June 28, 2019]

v. Amended Notice of Motion and Hearing [Docket No. 315 – filed July 2, 2019]

Status: Counsel for Randstad General Partner (US), LLC and Randstad North America, Inc. has informed counsel for the Debtors that they intend to withdraw the Motion to Seal. Accordingly, the hearing on this matter is no longer necessary.

2. Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations (SEALED) [Docket No. 204 – filed June 25, 2019] (the "Motion to Compel")

Objection/Response Deadline:     July 16, 2019 at 4:00 p.m. (ET)

Objection / Responses Received:

A. Objection of Bank of America, N.A. to Motion to Compel (D.I. 205), Motion to Shorten Notice (D.I. 206), and Motion to Seal (D.I. 203) of Randstad General Partner (US), LLC and Randstad North America, Inc. [Docket No. 250 - filed June 28, 2019]

B. Debtors' (A) Objection to Randstad's Motion to Compel and (B) Reply in Support of Debtors' Rejection Motion [Docket No. 398 – filed July 16, 2019]

Related Documents:

i. Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Authorizing the Filing Under Seal of Certain Exhibits to Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 203 – filed June 25, 2019]

ii. Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations (REDACTED) [Docket No. 205 – filed June 25, 2019]

iii. Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Shortening the Notice and Objection Periods for Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 206 – filed June 25, 2019]

iv. Notice of Withdrawal of Motion of Randstad General Partner (US), LLC and Randstad North America, Inc. for Entry of an Order Shortening the Notice and Objection Periods for Their Motion to (I) Compel the Debtors to Assume or Reject Their Contracts with Randstad, and (II) Post a $1,500,000 Deposit for Post-Petition Administrative Claims and Obligations [Docket No. 251 – filed June 28, 2019]

v. Amended Notice of Motion and Hearing [Docket No. 315 – filed July 2, 2019]

Status: Counsel for Randstad General Partner (US), LLC and Randstad North America, Inc. has informed counsel for the Debtors that they intend to withdraw the Motion to Compel. Accordingly, the hearing on this matter is no longer necessary.

RLF1 21488741v.1

II. **UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:**

3. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Kelley Drye & Warren LLP as Lead Counsel *Nunc Pro Tunc* to June 12, 2019 [Docket No. 297 – filed July 2, 2019]

    Objection/Response Deadline:    July 16, 2019 at 4:00 p.m. (ET)

    Objection / Responses Received:    None.

    Related Documents:

    i.   Certificate of No Objection Regarding Docket No. 297 [Docket No. 406 – filed July 17, 2019]

    ii.  Proposed form of Order

    Status: On July 17, 2019, the Official Committee of Unsecured Creditor (the "Committee") filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

4. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention and Employment of Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to June 12, 2019 [Docket No. 298 – filed July 2, 2019]

    Objection/Response Deadline:    July 16, 2019 at 4:00 p.m. (ET)

    Objection / Responses Received:    None.

    Related Documents:

    i.   Certificate of No Objection Regarding Docket No. 298 [Docket No. 407 – filed July 17, 2019]

    ii.  Proposed form of Order

    Status: On July 17, 2019, the Committee filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

5. Application for Entry for an Order Authorizing and Approving the Employment of Province, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 14, 2019 [Docket No. 299 – filed July 2, 2019]

        Objection/Response Deadline:        July 16, 2019 at 4:00 p.m. (ET)

        Objection / Responses Received:        None.

        Related Documents:

    i.    Certificate of No Objection Regarding Docket No. 299 [Docket No. 408 – filed July 17, 2019]

    ii.    Proposed form of Order

        Status:  On July 17, 2019, the Committee filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

6.    Motion of the Debtors for an Order (I) Establishing Bar Dates for (A) Filing Proofs of Claim and (B) Assertion of Postpetition Administrative Expense Claims, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 344 – filed July 9, 2019]

        Objection/Response Deadline:        July 16, 2019 at 4:00 p.m. (ET)

        Objection / Responses Received:        None.

        Related Documents:

    i.    Certificate of No Objection Regarding Motion of the Debtors for an Order (I) Establishing Bar Dates for (A) Filing Proofs of Claim and (B) Assertion of Postpetition Administrative Expense Claims, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 410 – filed July 17, 2019]

        Status:  On July 17, 2019, the Debtors filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

**III.**    **MATTER WITH CERTIFICATION OF COUNSEL:**

7.    Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors [Docket No. 303 – filed July 2, 2019]

        Objection/Response Deadline:        July 16, 2019 at 4:00 p.m. (ET)

        Objection / Responses Received:

    A.      Informal Comments from the Debtors (the "<u>Comments</u>")

<u>Related Documents</u>:

    i.      Certification of Counsel Regarding Docket No. 303 [Docket No. 409 – filed July 17, 2019]

<u>Status</u>:  On July 17, 2019, the Committee submitted a revised form of order resolving the Comments under certification of counsel.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

## IV.  **<u>CONTESTED MATTER GOING FORWARD</u>:**

8.    Omnibus Motion of the Debtors for an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Rejection Effective Date and (B) Abandon any Personal Property that Remains at the Facilities and (II) Granting Certain Related Relief [Docket No. 252 –filed June 28, 2019]

<u>Objection/Response Deadline</u>:      July 12, 2019 at 4:00 p.m. (ET)

<u>Objection / Responses Received</u>:

    A.      Limited Objection of NJIND Melrich Road, LLC to Omnibus Motion of the Debtors for an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Rejection Effective Date and (B) Abandon any Personal Property that Remains at the Facilities and (II) Granting Certain Related Relief [Docket No. 347 – filed July 12, 2019]

    B.      Informal Response of Miac Business Park, LLC, successor to CSMC 2007-C1 Air Center, LLC

    C.      Informal Response of Legacy Rancho Cucamonga Associates

<u>Related Documents</u>:

    i.      Reply of the Debtors in Support of the Omnibus Motion of the Debtors for an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases *Nunc Pro Tunc* to the Rejection Effective Date and (B) Abandon any Personal Property that Remains at the Facilities and (II) Granting Certain Related Relief [Docket No. 413 –filed July 18, 2019]

<u>Status</u>:  The hearing on this matter is going forward.

9.    Motion of Debtors for an Order Approving Rejection, *Nunc Pro Tunc* to the Rejection Date, of Contracts with Randstad [Docket No. 258 –filed June 28, 2019]

Objection/Response Deadline:   July 12, 2019 at 4:00 p.m. (ET)

Objection / Responses Received:

A. Objection of Randstad General Partner (US), LLC and Randstad North America, Inc. to Motion of the Debtors for an Order Approving Rejection, *Nunc Pro Tunc* to the Rejection Date, of Contracts with Randstad [Docket No. 348 – filed July 12, 2019]

B. Debtors' (A) Objection to Randstad's Motion to Compel and (B) Reply in Support of Debtors' Rejection Motion [Docket No. 398 – filed July 16, 2019]

Related Documents:   None.

Status:  The hearing on this matter is going forward.

Dated: July 19, 2019
      Wilmington, Delaware

Respectfully submitted,

/s/ Megan E. Kenney
Daniel J. DeFranceschi (No. 2732)
Paul N. Heath (No. 3704)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: defranceschi@rlf.com
      heath@rlf.com
      haywood@rlf.com
      kenney@rlf.com

-and-

Heather Lennox (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Email: hlennox@jonesday.com
      tawilson@jonesday.com

Brad B. Erens (admitted *pro hac vice*)
Caitlin K. Cahow (admitted *pro hac vice*)
JONES DAY
77 West Wacker
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
Email: bberens@jonesday.com
      ccahow@jonesday.com

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION